# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

NICK GEORGEFF, )
        Plaintiff, )
)
v. ) No. 3:20-cv-50313
)
DON BORNEKE CONSTRUCTION, INC., ) Honorable Iain D. Johnston
)
        Defendant. )

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff NICK GEORGEFF, by his attorneys, Hetherington, Karpel & Bobber, LLC, respectfully requests that this Court grant Michael L. Teich of Hetherington, Karpel & Bobber, LLC, leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Michael L. Teich has been one of the attorneys of record for Plaintiff.

2. Mr. Teich recently left the firm of Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. and joined the firm Hetherington, Karpel & Bobber, LLC.

3. At the request of Plaintiff, he will continue to be represented by counsel from Anesi, Ozmon, Rodin, Novak & Kohen, Ltd. and Michael L. Teich and Hetherington, Karpel & Bobber, LLC, are to be withdrawn as counsel in this case.

WHEREFORE, Plaintiff respectfully requests that the Court grant Michael L. Teich leave to withdraw as one of the attorneys of record in this action.

                                      Respectfully submitted,

                                      Hetherington, Karpel & Bobber, LLC

                                      By:    /s/Michael L. Teich

Michael L. Teich #6216938
Hetherington, Karpel & Bobber, LLC
Attorneys for Plaintiff
120 North LaSalle Street
Suite 2810
Chicago, Illinois 60602
(312) 878-6680