## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| NICK GEORGEFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 20-cv-50313 |
| | ) | Magistrate Judge Lisa A. Jensen |
| v. | ) | |
| | ) | |
| DON BORNEKE CONSTRUCTION, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, DON BORNEKE CONSTRUCTION, INC.'S INITIAL DISCLOSURES

NOW COMES Defendant, Don Borneke Construction, Inc., by its attorney, Brian D. Hahn, and for its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), states as follows:

    **I.**     **The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment**

**RESPONSE:**

**DAN BORNEKE CONSTRUCTION, INC. EMPLOYEES AND REPRESENTATIVES:**

Mark Sikel
Don Borneke Construction
Estimator/Project Manager
507-234-2221  Ext. 2

Brad Bennett
Don Borneke Construction
Superintendent on site
507-317-3184

Nick Borneke
Don Borneke Construction
Quality Control Project Manager
(507) 995-9214

**M.A. MORTENSON COMPANY, PLAINTIFF'S EMPLOYER**

Andrew Black
M.A. Mortenson Construction
Onsite Project Manager
815-382-4645

Andrew Kruse
M.A. Mortenson Construction
Onsite Superintendent
248-909-1841

Santiago Bermudez
Former Project Manager at M.A.Mortenson Construction
954-401-9922

**INVESTIGATION CONTINUES.**

It is anticipated that these individuals may have information concerning the provisions of the subcontract agreement between M.A. Mortenson Company and Don Borneke Construction, Inc., including the scope of work and any change orders. These individuals may also have information concerning the work performed being performed at the site by M.A. Mortenson Company and Don Borneke Construction Inc. at or near the time of the incident alleged in the complaint, Plaintiff's job duties, the location where the incident involving Plaintiff occurred, and the injuries Plaintiff allegedly sustained.

The foregoing is a list of witnesses Defendant believes have knowledge related to the issues in this litigation. As discovery continues and after Defendant has had a reasonable opportunity to review all of the documents related to this matter, including those that have yet to be produced, Defendant may provide an additional list of individuals who have knowledge related to issues in this litigation and may be called at the trial of this matter to testify regarding the various subjects stated above. Defendant is in the process of gathering additional information regarding any such witnesses and will make supplemental disclosures, as appropriate in the future. Defendant reserves the right to update this list as new information is obtained and received. In addition, all witnesses, including expert witnesses, will be identified in accordance with the Federal Rules of Civil Procedure and any applicable scheduling order entered by the Court.

II. **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment**

**RESPONSE:**

**DOCUMENTS DISCLOSED**

- **Copy of Subcontract Agreement between M.A. Mortenson and Don Borneke Construction, Inc. (which will be provided at a later time under separate cover)**

- **Copy of Pertinent Change Orders (which will be provided at a later time under separate cover)**
- **Copy of Plan of the Day report dated November 15, 2018 (which will be provided at a later time under separate cover)**

III.     **A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

**RESPONSE**: **Not applicable to Defendant.**

IV.     **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**RESPONSE**:  **Defendant will make a copy of the insurance policy issued to Don Borneke Construction, Inc. available for inspection or copying at a later mutually convenient time.**

Pursuant 26(g), I certify that to the best of my knowledge, information and belief; after reasonable inquiry, that the information provided in this disclosure is complete and correct as of the time it is made with respect to the responses provided herein, and documents attached hereto.

_____

Brian D. Hahn

Attorney for Defendant, Don Borneke Construction, Inc.

Name:          HICKEY SMITH LLP
Address:      2863 West 95th St, Suite 256
City:            Naperville, Illinois 60564
Telephone:  (630) 402-6139
ARDC No.:   6277589
Email:         bhahn@hickeysmith.com