16546/SAB/CAT                                                                                     Attorney ID# 6330705

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| NICK GEORGEFF )<br>　　　　　　　　　　　Plaintiff, )<br>　vs.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>DON BORNEKE CONSTRUCTION, INC., )<br>　　　　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　) | Case No.: 3:20-cv-50313 |

## **NOTICE OF MOTION**

CC:　　See attached Service List

　　　　On July 9, 2021, at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear telephonically before the Honorable Magistrate Judge Lisa A. Jensen, or any judge sitting in his stead, in the courtroom usually occupied by him in the Northern District of Illinois, Western Division and shall then and there present Plaintiff's Motion to Compel.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Charles A. Terry

Charles A. Terry
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
Attorneys for Plaintiff(s)
161 North Clark Street - 21st Floor
Chicago, IL  60601
312/372-3822 / cterry@anesilaw.com

## **PROOF OF SERVICE BY EMAIL**

　　　　I, a non-attorney, on oath state, that on July 2, 2021, I served this notice and accompanying documents by emailing a copy to the above-named, at the address(es) listed above.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Nora Palmer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nora Palmer

# SERVICE LIST

IN RE: NICK GEORGEFF VS. DON BORNEKE CONSTRUCTION, INC.

CASE NO. 3:20-cv-50313

OUR FILE NO.: 16546/SAB/CAT

JURISDICTION: USDC NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

HONORABLE MAGISTRATE LISA A. JENSEN

| **Attorney for Plaintiff, Nick Georgeff** | **Attorneys for Defendant, Don Borneke Construction, Inc.** |
|---|---|
| Steven A. Berman<br>Charlie A. Terry<br>ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.<br>161 N. Clark Street, 21st Floor<br>Chicago, IL 60601<br>Tel: 312.372.3822/Fax: 312.372.3833<br>SBerman@anesilaw.com;<br>CTerry@anesilaw.com<br>Paralegal: Nora Palmer<br>npalmer@anesilaw.com | Brian Hahn<br>HICKEY & SMITH, LLP<br>2863 W. 95th St. STE 256<br>Naperville, IL 60564<br>Tel: 630.402.6137<br>bhahn@hickeysmith.com<br>Asst. Kelly Shafer<br>kschafer@hickeysmith.com |