# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| NICK GEORGEFF, | |
| Plaintiff, | No. 3:20-cv-50313 |
| | Honorable Lisa A. Jensen. |
| v. | |
| DON BORNEKE CONSTRUCTION, INC., | |
| Defendant. | |

## DEFENDANT, DON BORNEKE CONSTRUCTION, INC.'S NOTICE OF INTENT TO OBJECT TO PLAINTIFF'S MOTION TO COMPEL

Defendant, Don Borneke Construction, Inc., by and through its counsel, Brian D. Hahn of Hickey Smith Dodd LLP, hereby files its Notice of Intent to Object to Plaintiff's Motion to Compel, and in support states as follows:

1. On the afternoon of Friday, July 2, 2021, Plaintiff filed a Motion to Compel.

2. Plaintiff's notice of motion pertaining to his Motion to Compel violated Fed. R. Civ. P. 6(c) and LR 5.3 as it set the date and time of hearing for July 9, 2021 at 10:00 a.m., which is less than 14 days following filing.

3. Plaintiff's Motion to Compel did not clearly state Defendant's intention to object.

4. Defendant is filing this Notice of Intent to Object to Plaintiff's Motion to Compel to protect its right to file its objections via a full written response.

5. Defendant wishes to file its response in opposition within 10 days following service or by July 12, 2021 as provided by Fed. R. Civ. P. 27(a)(3).

6. Counsel for Defendant wishes to inform the Court that he has a deposition scheduled to begin at 11:00 a.m. on July 9, 2021 should the Court be inclined to fully consider

the motion to compel on July 9, 2021 prior to affording Defendant its requested 10 days to file a written response in opposition.

          Respectfully submitted,

          HICKEY SMITH DODD LLP

          _____
          Brian D. Hahn (ARDC: 6277589)
          2863 West 95th St, Suite 256
          Naperville, IL 60564
          Telephone: (630) 402-6139
          Email: bhahn@hickeysmith.com
          Attorney for Defendant, Don Borneke Construction, Inc


**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn upon oath, deposes and states that a true and correct copy of the foregoing document was served on this  6th  day of July, 2021, to the individuals listed in the service list below by one or more of the following means:

|   | |
|---|---|
|   | Personal Service |
|   | Messenger Deliver |
|   | Overnight Delivery |
|   | United States Mail with postage thereon prepaid, with said mailing performed before 5:00 p.m. |
|   | Facsimile Transmission |
| X | Email |
|   | Via the Court's electronic notification service |

_____
Brian D. Hahn
HICKEY SMITH DODD LLP
2863 West 95th St, Suite 256
Naperville, IL 60564
Telephone: (630) 402-6139
Facsimile: (630) 402-6139

Attorneys for Defendant,
Don Borneke Construction, Inc.

## **SERVICE LIST**

Steven A. Berman, Esq.
Charles A. Terry, Esq.
ANESI, OZMON RODIN, NOVAK & KOHEN, LTD
161 North Clark Street, 21st Floor
Chicago, IL 60601
T: (312) 372-3822
F: (312) 372-3833
sberman@anesilaw.com
cterry@anesilaw.com
Attorneys for Plaintiff, Nick Georgeff