IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NICK GEORGEFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cv-50313 |
| | ) |
| DON BORNEKE CONSTRUCTION, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT ON EXPERT DISCOVERY**

The parties hereto, pursuant to the Court's scheduling order, hereby report on the status of expert discovery:

1. The Plaintiff has disclosed his expert witnesses in this matter and they have been deposed.

2. Defendant has now disclosed its expert witnesses.

3. The parties are coordinating to complete the depositions of these witnesses by the end of March.

4. The parties request a future status date in April to discuss further scheduling and potential mediation.

s/ Charlie A. Terry
Anesi, Ozmon, Rodin, Novak & Kohen, Ltd.
161 North Clark | 21st Floor
Chicago, Illinois 60601
(312)372-3822
CTerry@anesilaw.com

s/ Christian A. Sullivan
Swanson. Martin & Bell, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900
csulliva@smbtrials.com