**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Western Division**

Nick Georgeff
                      Plaintiff,

v.                                                   Case No.: 3:20−cv−50313
                                                         Honorable Iain D. Johnston

Don Borneke Construction, Inc
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 13, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: The Court has received the parties' status report [69]. A telephonic status hearing is set for 4/6/2023 at 9:45 AM to discuss the next steps in the case. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746 #. Counsel for both sides are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.