# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Nick Georgeff

                        Plaintiff,

v.                                                        Case No.: 3:20−cv−50313
                                                               Honorable Iain D. Johnston

Don Borneke Construction, Inc

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Telephonic status hearing held 4/6/2023. The parties report that expert discovery has been completed. Plaintiff oral motion to retaining a rebuttal expert is granted. The identity of the rebuttal expert shall be disclosed by 5/22/2023 and the deposition of the rebuttal expert shall be completed on or before 6/21/2023. On Defendant's motion for leave to file affirmative defenses [71], Defendant shall file a response by 5/4/2023. As such, the motion hearing set for 4/20/2023 is stricken. Lastly, by 6/5/2023, the parties are to file a joint status report updating the Court on the progress of the rebuttal expert's deposition and the status of settlement discussions. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.