# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Nick Georgeff

                            Plaintiff,

v.                                                                                     Case No.: 3:20–cv–50313

                                                                                   Honorable Iain D. Johnston

Don Borneke Construction, Inc

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: The Court has received the parties' joint status report [78]. The Court grants the parties' joint request to extend the date to depose the rebuttal expert to 7/13/2023. A telephonic status hearing to discuss next steps in the case is set for 7/24/2023 at 10:15 AM. Public access is available via the following call–in number: (877) 336–1831 with access code 2813746 #. Counsel for all parties are ordered to appear by using the following link: https://teleconference.uc.att.com/ecm/?bp=40444363 97&mac=2813746; or by using the call–in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.