# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Nick Georgeff

                                             Plaintiff,

v.                                                      Case No.: 3:20−cv−50313

                                                                              Honorable Iain D. Johnston

Don Borneke Construction, Inc

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 26, 2023:

       MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has moved to strike four of the defendant's five affirmative defenses. Dkt. 80. The plaintiff proceeds under Fed. R. Civ. P. 12(f), but attaches and relies on hundreds of pages of exhibits including deposition testimony and an expert report. The parties are directed to confer on the issues raised in the motion to strike. If they are unable to resolve the issues themselves, the proper vehicle for the plaintiff to attempt to obtain the relief it seeks based on matters outside the pleadings is to file a motion for summary judgment under Fed. R. Civ. P. 56. Before seeking summary judgment, the parties must abide by the requirements set out on this Court's webpage for summary judgment motions. In the meantime, the motion to strike [80] is stricken, as is its presentment set for 6/29/2023.(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.