# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Nick Georgeff
                                      Plaintiff,

v.                                                                           Case No.: 3:20–cv–50313
                                                                          Honorable Iain D. Johnston

Don Borneke Construction, Inc
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Defendant's motion for an extension of time [87] is agreed and granted. By 11/03/2023, the parties shall jointly file their proposed Final Pretrial Order. The motion hearing set for 9/21/2023 is stricken and no appearances are required on that date. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.