16546/SAB/CAT                                                                  Attorney ID 6224469

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| NICK GEORGEFF | ) | |
| Plaintiff, | ) | Case No.: 20-cv-50313 |
| vs. | ) | |
| | ) | |
| DON BORNEKE CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between the Plaintiff, NICK GEORGEFF, and the Defendant, DON BORNEKE, CONSTRUCTION, INC., acting as their respective attorneys, that the action filed against the Defendant by the Plaintiff be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 20th day of October, 2023

/s/Steven A. Berman

**Attorneys for Plaintiff**
Steven A. Berman ARDC#6224469/Charles A. Terry ARDC#6330705
**Anesi Ozmon, Ltd.**
161 N. Clark Street, 21st Floor, Chicago, IL  60601
Tel: 312/372-3822; Fax: 312/372-3833
sberman@anesilaw.com
cterry@anesilaw.com
Legal Assistant: Nora Palmer
npalmer@anesilaw.com

Christian Sullivan

**Attorneys for Defendant**
David J. Cahill/Christian A. Sullivan
**Swanson Martin and Bell, LLP**
2525 Cabot Drive Ste 204, Lisle IL 60532
Tel:630/799-6900
csulliva@smbtrials.com